IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHGUARD OF LANCASTER, INC. | : | CIVIL ACTION |
| v. | : | |
| MARK GARTENBERG, et al. | : | NO. 02-cv-2611 |

## ORDER

AND NOW, this 4th day of February, 2003, in connection with the Motion of Obermayer, Rebmann, Maxwell & Hippel, LLP ("Obermayer") to withdraw as counsel for Defendants Greenfield Sports Medicine & Rehab, PC (""Greenfield") and Premier Sports Medicine Rehab Center, PC ("Premier"), and it appearing that Greenfield and Premier received a copy of Obermayer's Motion but have not responded, and that Plaintiff opposes Obermayer's Motion, it is hereby ORDERED:

1. Obermayer shall forthwith serve Greenfield and Premier and their principals with a copy of this Order and shall file proof of service prior to the hearing scheduled in the next paragraph.

2. As professional corporations, both Greenfield and Premier must be represented by counsel in this action. Unless new counsel for Greenfield and Premier enter their appearance prior thereto, a hearing on Obermayer's Motion to Withdraw will be held on February 18, 2003, at 9:30 a.m. in Courtroom 8A. A duly authorized representative of Greenfield and Premier shall appear at the hearing.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Healthguard v. Gartenberg 02-2611 2-4-03 Order.wpd