# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHGUARD OF LANCASTER, INC. | : | CIVIL ACTION |
| v. | : | |
| MARK GARTENBERG, et al. | : | NO. 02-cv-2611 |

### ORDER

AND NOW, this 20th day of February, 2003, the hearing originally scheduled for February 18, 2003 having been postponed because of weather conditions, it is hereby ORDERED:

1. The hearing scheduled for February 18, 2003 will take place on Wednesday, February 26, 2003 at 9:30 a.m. Please call Chambers at 267.299.7520 for courtroom assignment.

2. The law firm of Obermayer, Rebmann, Maxwell & Hippel, LLP shall forthwith serve Defendants Greenfield Sports Medicine & Rehab, PC and Premier Sports Medicine Rehab Center, PC, and their principals, with a copy of this Order and shall file proof of service prior to the hearing scheduled for February 26, 2003.

3. All counsel shall appear at the hearing; any party not represented by counsel shall have a duly authorized representative appear at the hearing.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Healthguard v. Gartenberg 02-2611 2-20-03 Order.wpd