IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHGUARD OF LANCASTER, INC. | : | CIVIL ACTION |
| v. | : | |
| MARK GARTENBERG, et al. | : | NO. 02-cv-2611 |

## AMENDED SCHEDULING ORDER

AND NOW, this 28th day of February, 2003, following a hearing on February 26, 2003, the following pretrial schedule is agreed to by counsel as follows:

1. Completion of fact discovery:  June 30, 2003.

2. Plaintiff serve expert reports: July 15, 2003.

    Defendant serve expert reports:  August 15, 2003.

3. Complete expert depositions:  September 15, 2003.

4. Report to the Court on settlement status and advise the Court when a settlement conference should be scheduled: May 1, 2003

5. Deadline for dispositive motions:   October 1, 2003.

6. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff:   October 17, 2003.

    Defendant:   October 24, 2003.

7. Date for trial or entry into trial pool: November 3, 2003.

BY THE COURT:

_____
Michael M. Baylson, J

O:\Scheduling Orders\Healthguard v. Gartenberg 02-2611 - Amended Scheduling Order.wpd