IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHGUARD OF LANCASTER, INC. | : | CIVIL ACTION |
| v. | : | |
| MARK GARTENBERG, et al. | : | NO. 02-cv-2611 |

## ORDER

AND NOW, this 28th day of February, 2003, following a hearing on February 26, 2003, the Motion of Obermayer, Rebmann, Maxwell & Hippel, LLP to Withdraw as Counsel is GRANTED, upon John Morris, Esquire, currently counsel for Defendant Mark Tischler, entering his appearance for Defendants Greenfield Sports Medicine & Rehab, P.C. and Premier Sports Medicine & Rehab Center, P.C.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Healthguard v. Gartenberg 02-2611 2-28-03 Order.wpd