IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHGUARD OF LANCASTER, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| MARK GARTENBERG et al., | : | |
| | : | |
| Defendants. | : | NO. 02-2611 |

**ORDER**

AND NOW, this 5th day of March, 2003, in accordance with the Amended Scheduling Order entered on February 28, 2003 (Doc. No. 31), it is hereby ORDERED that the Joint Motion of Plaintiff Healthguard of Lancaster, Inc. and Defendants Mark Gartenberg, Steven Gartenberg, Mark Tischler, and Main Line Medical Services, Inc. to Extend Discovery and Other Deadlines (Doc. No. 27) is GRANTED.

BY THE COURT:

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Orders - Civil\Healthguard v. Gartenberg 02-2611 03-05-03 Order.wpd