HARTMAN UNDERHILL & BRUBAKER LLP
By: Robert M. Frankhouser, Jr.
   Attorney I.D. #29998                  Attorneys for Plaintiff
   221 East Chestnut Street           HealthGuard of Lancaster, Inc.
   Lancaster, PA 17602
   (717) 299-7254
   Fax: (717) 299-3160

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | |
|---|---|
| HEALTHGUARD OF LANCASTER, INC., | : |
|       Plaintiff | : |
| v. | : |
| MARK GARTENBERG;<br>STEVEN GARTENBERG;<br>MARK TISCHLER; GREENFIELD<br>SPORTS MEDICINE & REHAB, P.C.;<br>PREMIER SPORTS MEDICINE &<br>REHAB CENTER, P.C. and MAIN<br>LINE MEDICAL SERVICES, INC.<br>      Defendants | : No. 02-CV-2611<br><br>: (Michael M. Baylson, J.) |

**RULE 16.1(c) PRETRIAL MEMORANDUM OF**
<u>**HEALTHGUARD OF LANCASTER, INC.**</u>

I.   <u>**NATURE OF ACTION**</u>

HealthGuard of Lancaster, Inc. ("HealthGuard") brought suit against the Defendants to recovery payments made by HealthGuard on false insurance claims. The causes of action asserted by HealthGuard are: (a) civil liability under the Racketeer

00319810.1

Influenced and Corrupt Organizations Act; (b) civil liability for insurance fraud under the Pennsylvania Crimes Code; (c) common law fraud; and (d) breach of warranty.

## II. STATEMENT OF JURISDICTION

The United States District Court for the Eastern District of Pennsylvania has jurisdiction over the claim asserted under the Racketeer Influenced and Corrupt Organizations Act pursuant to 28 U.S.C. §1331. The Court has jurisdiction over the supplemental state claims pursuant to 28 U.S.C. §1367. Venue for the dispute properly rests in the Eastern District of Pennsylvania because a substantial part of the events giving rise to the claims occurred in this District.

## III. STATEMENT OF FACTS

HealthGuard is a health maintenance organization serving approximately 100,000 members in central Pennsylvania. Members of HealthGuard receive medical services from participating health care providers. The participating health care providers submit claims to HealthGuard to obtain payment for services provided to HealthGuard members. When a health care provider submits a claim for payment, the health care provider warrants that the service was actually provided in the manner described in the claim for payment and that the services were medically necessary and appropriate for the HealthGuard member. Upon receipt of a claim, HealthGuard pays

the claim on behalf of the member.

Prior to April of 1999, the Defendants devised a scheme to make their chiropractic business more profitable by hiring physicians and using the name and professional status of the physician to organize professional corporations that were actually owned and controlled by the Defendants, although the physicians were shown on the incorporating documents as the owner. Claims for medical services (in addition to chiropractic services) were submitted to HealthGuard under the name and provider number of the physician. Physicians can submit claims for more extensive services at a higher reimbursement rate than can a chiropractor.

Mainline Medical Services, Inc. ("Mainline"), a management company owned and operated by the Gartenbergs, conducted extensive telemarketing to solicit patients for the professional corporations they created (i.e. Greenfield Sports Medicine and Rehab, P.C. and Premier Sports Medicine and Rehab Center, P.C.). Claims for services provided to HealthGuard members were processed and submitted to HeathGuard by Mainline. The claims were submitted by Mainline by mail or electronically. Many of the insurance claims were fraudulent. Each submission of a false claim through the mail

or through electronic means is an act of fraud; the coordinated and consistent effort to

submit multiple claims constitutes a pattern of fraud.

## IV.   LIST OF MONETARY DAMAGES

As a result of the Defendants submission of false claims, HealthGuard paid $344,859 to Greenfield and Premier. The payments are itemized in the False Claims Reports which is attached to the Amended Complaint as Exhibit A and which is also attached to this Pretrial Memorandum as Exhibit A.

## V.   LIST OF WITNESSES

A.   Liability

1.   Susan Dillman, CFE
     Highmark, Inc.
     P.O. 890138
     Camp Hill, PA 17013

Ms. Dillman is a medical fraud investigator for Highmark, Inc. and participated in the investigation which gave rise to the causes of action asserted above.

2.   Thomas P. Brennan, Jr.
     Highmark, Inc.
     P.O. Box 890138
     Camp Hill, PA 17013

Mr. Brennan is the Director of Special Investigations and supervised the investigation which gave rise to the causes of action asserted above.

3.   Brian Wallace, D.C.
     State Route 322
     West Decatur, PA 16878

Dr. Wallace was a chiropractor employed by Premier and will testify to the activities he observed while employed.

4.  Craig Colditz, D.C.
    112 Alexander Avenue
    Greensburg, PA 15601

Dr. Colditz is a chiropractor that was employed by Greenfield and will testify to the activities that he observed.

5.  Dr. David Raab
    3750 Daryl Drive
    Landisville, PA 17538

Dr. Raab was a physician employed by the Defendants and was the nominal owner of Greenfield Sports Medicine and Rehab, P.C.

6.  Dr. Leilani Gyening
    8 Angel Island Circle
    Sacramento, CA 95831

Dr. Gyening was a physician employed by the Defendants and was the nominal owner of Premier Medicine and Rehab Center, P.C.

7.  Dr. Laura M. Shymansky, M.D.
    East Suburban Rehabilitation Associates, Inc.
    2380 McGinley Road
    Monroeville, PA

Dr. Shymansky is an expert who has reviewed the patient records produced by the Defendants and will render opinions as to claims submitted to and paid

by HealthGuard.

    B.    Damages

        1.    Dr. Laura M. Shymansky, M.D.
              East Suburban Rehabilitation Associates, Inc.
              2380 McGinley Road
              Monroeville, PA

Dr. Shymansky is an expert who reviewed the patient records provided by the Defendants and will render opinions as to the claims submitted to and paid by HealthGuard.

        2.    Andrea Shanamon Russo
              HealthGuard of Lancaster, Inc.
              280 Granite Run
              Lancaster, PA

Ms. Shanamon is a claims representative of HealthGuard and will testify about HealthGuard's payment of claims submitted by Greenfield Sports Medicine and Premier Sports Medicine.

## VI.    SCHEDULE OF EXHIBITS

| Exhibit Number | Description of Document | Document Reference Number |
|---|---|---|
| 1. | HealthGuard Group Health Care Service Agreement 1999 | HG006130-HG006154 |
| 2. | HealthGuard Group Health Care Benefits Services Agreement 2000-2001 Covered Benefits & Exclusions & Limitations | HG006155-HG006190 HG006191-HG006225 |
| 3. | Plan Document and Summary Plan Description for | |

|  |  |  |
|---|---|---|
|  | Mount Joy Wire Corporation | HG006226-HG006304 |
| 4. | Plan Document and Summary Plan Description for Columbia Borough School District | HG006305-HG006379 |
| 5. | Plan Document and Summary Plan Description for Moravian Manors, Inc. | HG006380-HG006462 |
| 6. | Plan Document and Summary Plan Description for Willow Valley Associates, Inc | HG006463-HG006521 |
| 7. | Plan Document and Summary Plan Description for Steinman Enterprises | HG006522-HG006601 |
| 8. | Plan Document and Summary Plan Description for High Industries, Inc | HG006602-HG006683 |
| 9. | Armstrong Point-Of-Service Plan | HG006684-HG006742 |
| 10. | Plan Document and Summary Plan Description for Lancaster Laboratories | HG006743-HG006807 |
| 11. | Plan Document and Summary Plan Description for Sico Company | HG006808-HG006872 |
| 12. | Plan Document and Summary Plan Description for R. W. Sauder, Inc. | HG006873-HG006944 |
| 13. | Plan Document and Summary Plan Description for The School District of Lancaster | HG006945-HG007003 |
| 14. | Plan Document and Summary Plan Description for The School District of Lancaster | HG007004-HG007061 |
| 15. | Plan Document and Summary Plan Description for Willow Valley Retirement Communities | HG007062-HG007122 |
| 16. | Plan Document and Summary Plan Description for Manheim Township School District | HG007123-HG007195 |
| 17. | Plan Document and Summary Plan Description for G.D.C.C., Incorporated | HG007196-HG007250 |

| | | |
|---|---|---|
| 18. | Plan Document and Summary Plan Description for Solanco School District | HG00-7251-HG007303 |
| 19 | Form 1099 issued by HealthGuard for 1999 and 2000 | HG00233-HG00240 |
| 20. | HealthGuard cancelled checks issued to Greenfield and Premier | HG00242-HG00723 |
| 21 | Claim forms submitted to HealthGuard | HG01995-HG06129 |
| 22. | False Claims Chart | Exhibit A to Amended Complaint |
| 23. | Corporate records of Greenfield | Raab Deposition Exhibits 2, 3, 4, 5 and 6 |
| 25. | Employment Nonsolicitation Agreement provided to Dr. Raab by Steven Gartenberg | |
| 26. | W2 forms submitted by Greenfield and Main Line to Jennifer Aquiline | |

**Patient records identified by HealthGuard member number**

| | | |
|---|---|---|
| 27. | 180322329-02 | GR0001-GR0030<br>HG01041-HG01083 |
| 28. | 484768869-04 | GR0034-GR0068<br>HG01365-HG01406 |
| 29. | 484768869-04 | GR0031-GR0033<br>HG01362-HG01364 |
| 30. | 484768869-04 | GR0069-GR0075<br>HG01407-HG01412 |
| 31. | 484768869-01 | GR0076-GR0144<br>HG01413-HG01489 |
| 32. | 180522772-02 | |
| 33. | 188669732-01 | GR0152-GR0209 |
| 34. | 166549891-01 | |

| | | |
|---|---|---|
| 35. | 203326675-01 | GR0210-GR0249<br>HG01490-HG01528 |
| 36. | 186480502-02 | GR0250-GR0270 |
| 37. | 187349211-02 | GR0271-GR0295 |
| 38. | 180382480-02 | GR0296-GR0311 |
| 39. | 92428380-02 | GR0312-GR0351<br>HG01084-HG01135 |
| 40. | 063547682-01 | GR0352-GR0354 |
| 41. | 231197763-02 | |
| 42. | 482503499 | GR0355-GR0357<br>HG01136-HG01140 |
| 43. | 188401807-01 | GR0358-GR0379 |
| 44. | 203528298-02 | |
| 45. | 168427378-01 | GR0380-GR0414<br>HG00844B-HG00902B |
| 46. | 184367635-01 | GR0415-GR0445<br>HG01529-HG01570 |
| 47. | 180421474-03 | |
| 48. | 180421474-01 | GR0446-GR0480 |
| 49. | 209649519 | GR0481-GR0507<br>HG01141-HG01185 |
| 50. | 190465799-01 | GR0508-GR0561 |
| 51. | 174383688-01 | GR0562-GR0627<br>HG00903B-HG00961<br>HG01571-HG01636 |
| 52. | 257745051-01 | GR0628-GR0630 |

| | | |
|---|---|---|
| 53. | 165321467-02 | GR0631-GR0664<br>HG01186-HG01229 |
| 54. | 175340299-01 | GR0665-GR0697<br>HG00962-HG01009 |
| 55. | 210386465-01 | GR0698-GR0711 |
| 56. | 184544042-01 | GR0712-GR0729<br>HG01637-HG01660 |
| 57. | 200488309-02 | GR0730-GR0731 |
| 58. | 203326672-02 | GR0748-GR0781 |
| 59. | 524669572-01 | GR0782-GR0800 |
| 60. | 190469444-01 | |
| 61. | 190469444-01 | GR0732-GR0747 |
| 62. | 143762596-02 | GR0801-GR0868<br>HG01661-HG01675 |
| 63. | 143762596-01 | GR0869-GR0958<br>HG091230-HG01292<br>HG01676-HG01701 |
| 64. | 157441227-01 | |
| 65. | 188667050-01 | GR0959-GR0978 |
| 66. | 192566164-01 | GR0979-GR0991<br>HG01702-HG01737 |
| 67. | 157323768-01 | GR0992-GR1042<br>HG01293-HG01356 |
| 68. | 061480804-02 | GR1043-GR1057<br>HG01010-HG01030 |
| 69. | 074528461-01 | GR1058-GR1075 |

| | | |
|---|---|---|
| 70. | 358441713-01 | |
| 71. | 192600135-01 | |
| 72. | 165320903-02 | GR1076-GR1115<br>HG01738-HG01793 |
| 73. | 190487144-01 | GR1116-GR1221 |
| 74. | 555330686-02 | HG01794-HG01902 |
| 75. | 555330686-03 | GR1241-GR1313<br>HG01903-HG01921 |
| 76. | 555330686-03 | GR1241-GR1313<br>HG01922-HG01968 |
| 77. | 178405368-01 | GR1375-GR1376<br>HG01031-HG01035<br>HG01357-HG01359 |
| 78. | 206708780-01 | GR1336-GR1374 |
| 79. | 197366404-01 | GR1314-GR1335 |
| 80. | 186581013-03 | GR1377-GR1399<br>HG01969-HG01982 |
| 81. | 186581013-05 | |
| 82. | 186581013-02 | GR1400-GR1503<br>HG01983-HG01994 |

## VII. ESTIMATE OF THE NUMBER OF DAYS REQUIRED FOR TRIAL

Seven (7) trial days

## VIII. SPECIAL COMMENTS REGARDING LEGAL ISSUES, STIPULATIONS, AMENDMENT OF PLEADINGS AND

## OTHER APPROPRIATE MATTERS

Presently pending before the Court is a Motion for Summary Judgment filed on behalf of the Defendants. HealthGuard will be filing a response opposing the Defendants' Motion.

It is anticipated that counsel for the parties will enter into a stipulation regarding the authenticity and admissibility of the patient records of Greenfield and Premier, the claims submitted by the Defendants to HealthGuard, and the records of payment of HealthGuard.

HARTMAN UNDERHILL & BRUBAKER LLP

By: _____

Date: October 16, 2003

Robert M. Frankhouser, Jr., Esquire
Attorney I.D. #29998
Andrew F. Lucarelli, Esquire
Attorney I.D. #15421
Attorneys for Plaintiff
221 East Chestnut Street
Lancaster, PA 17602
(717) 299-7254

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am this day serving the foregoing Rule 16.1(c) Pretrial Memorandum of HealthGuard of Lancaster, Inc. upon the person and in the manner indicated below:

Service by First Class Mail, addressed as follows:

Richard P. Limburg, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center - 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1895

John W. Morris, Esquire
1525 Locust Street, 17th Floor
Philadelphia, PA 19102

HARTMAN UNDERHILL & BRUBAKER LLP

By: _____
   Robert M. Frankhouser, Jr., Esquire
   Attorney I.D. #29998
   Andrew F. Lucarelli, Esquire
   Attorney I.D. #15421
   Attorneys for Plaintiff

Date: October 16, 2003
   221 East Chestnut Street
   Lancaster, PA 17602
   (717) 299-7254