UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

HEALTHGUARD OF LANCASTER, INC.
Plaintiff

vs.

MARK GARTENBERG; STEVEN
GARTENBERG; MARK TISCHLER;
GREENFIELD SPORTS MEDICINE &
REHAB, P.C.; PREMIER SPORTS
MEDICINE & REHAB CENTER, P.C.; and
MAIN LINE MEDICAL SERVICES, INC.
Defendants

NO. 02-CV-2611
(Michael M. Baylson, J.)

## DEFENDANTS' JOINT PRETRIAL STATEMENT

I.    **Nature of the Action**

Plaintiff HealthGuard of Lancaster, Inc. ("HealthGuard") has asserted the following

claims against the defendants: (1) violation of 18 U.S.C. §1962(c); (2) violation of 18 U.S.C.

§1962(d); (3) civil liability under 18 Pa.C.S.A. §4117; (4) common law fraud; and (5) breach of

warranty.

Defendant Greenfield Sports Medicine and Rehab Center, P.C. ("Greenfield") has

asserted a counterclaim against HealthGuard to recover insurance claims that HealthGuard

improperly denied.

II.   **Statement of Jurisdiction**

This Court has subject matter jurisdiction over federal question cases pursuant to 28

U.S.C. §1331 and supplemental jurisdiction over state claims pursuant to 28 U.S.C. §1367.

However, if HealthGuard's RICO claims are dismissed on summary judgment, then the Court

should relinquish jurisdiction of HealthGuard's state claims.

491605

**III.    Statement of Facts**

There was no scheme to defraud in this case, and thus no mail or wire fraud for purposes of RICO.  Dr. Raab was the Medical Director for Greenfield, and he is not a defendant in this case.  He performed a physical examination of each patient and prepared a treatment plan.  It was Dr. Raab's decision whether to order tests, and if so, what tests to order.  He ordered initial diagnostic tests and follow up tests in some cases and not in others.  He considered the tests appropriate when he ordered them, and he read and interpreted the test results.  He followed up on each patient's progress and noted if they were improving or not.  Dr. Raab was present at the facility when the patients received their chiropractic treatments and physical therapy.  Treatment was in fact provided as noted in the patient charts.

Main Line Medical Services, Inc. ("MLM"), the alleged RICO enterprise, did not submit insurance claims to HealthGuard on behalf of Greenfield and Premier.  MLM did not manage or control either Greenfield or Premier.  Thus, the alleged mail and wire fraud did not occur in the course of conducting the affairs of MLM.

Greenfield and Premier were actually managed by Bala Medical Management, Inc., which is not a defendant in this case.  It was Bala Medical Management, Inc. that submitted insurance claims to HealthGuard on behalf of Greenfield and Premier.

Steve Gartenberg and Mark Gartenberg did not own or operate Bala Medical Management, Inc., and they were not involved in the management of Greenfield or Premier.

Mark Tischler owned and operated Bala Medical Management, Inc. and was involved in the management of Greenfield and Premier.  However, he was not involved in the operation or management of MLM and had no ownership interest in MLM.

**IV.    List of Monetary Damages**

As a result of HealthGuard's improper denial of insurance claims, Greenfield suffered

damages in the amount of $48,724.34.  (See Exhibit nos. 113 and 114).

**V.    List of Witnesses**

Mark Tischler, 612 Newtown Road, Villanova, PA 19085, was the President of Bala

Medical Management, Inc., which provided management services to Greenfield and Premier.  He

can testify concerning the organization, operations, management and affairs of Greenfield,

Premier and Bala Medical Management, Inc.  He can also testify concerning the unpaid invoices

that HealthGuard improperly denied.

Steve Gartenberg, 6 Scarlet Oak Drive, Haverford, PA 19041, is the President of Main

Line Medical Services, Inc.  He can testify concerning the organization, operation, management

and affairs of Main Line Medical Services, Inc.

Mark Gartenberg, 313 Lindy Lane, Bala Cynwyd, PA 19004, is an employee of Main

Line Medical Services, Inc.  He can testify concerning his employment.

Karen Guckert, 2536 Franklin Ave., Broomall, PA  19008, is a billing clerk who was

loaned to Bala Medical Management, Inc. by Main Line Medical Services, Inc.  She can testify

concerning her employment.

Jefferson Katims, M.D., is the President of Neurotron, Inc., 1501 Sulgrave Ave., Suite

203, Baltimore, MD  21209.  He can testify concerning the uses and purposes of Neurometer-

CPT devices.

Gary DiBlasio, M.D., Advanced Medical Rehabilitation Group, 5500 Village Boulevard,

Suite 101, West Palm Beach, FL  33407, is an expert who reviewed patient records provided by

Greenfield and Premier and will render opinions as to treatment.

Defendants reserve the right to call any witnesses listed by HealthGuard.

Defendants reserve the right to call rebuttal witnesses.

## VI.    Trial Exhibits

| Exhibit No. | Description | Bates Number |
|---|---|---|
| A. | Patient Charts (listed by patient number) | |
| 1. | 180322329-02 | GR0001-GR0030 HG01041-HG01083 |
| 2. | 484768869-04 | GR0034-GR0068 HG01365-HG01406 |
| 3. | 484768869-04 | GR0031-GR0033 HG01362-HG01364 |
| 4. | 484768869-04 | GR0069-GR0075 HG01407-HG01412 |
| 5. | 484768869-01 | GR0076-GR0144 HG01413-HG01489 |
| 6. | 180522772-02 | |
| 7. | 188669732-01 | GR0152-GR0209 |
| 8. | 16654989-01 | |
| 9. | 203326675-01 | GR0210-GR0249 HG01490-HG01528 |
| 10. | 186480502 | GR0250-GR0270 |
| 11. | 187349211-02 | GR0271-GR0295 |
| 12. | 180382480-02 | GR0296-GR0311 |
| 13. | 92428380-02 | GR0312-GR0351 HG01084-HG01135 |
| 14. | 063547682-01 | GR0352-GR0354 |
| 15. | 231197763-02 | |

| 16. | 482503499 | GR0355-GR0357<br>HG01136-HG01140 |
| 17. | 188401807-01 | GR0358-GR0379 |
| 18. | 203528298-02 | |
| 19. | 168427378-01 | GR0380-GR0414<br>HG00844B-HG00902B |
| 20. | 184367635-01 | GR0415-GR0445<br>HG01529-HG01570 |
| 21. | 180421474-03 | |
| 22. | 180421474-01 | GR0446-GR0480 |
| 23. | 209649519 | GR0481-GR0507<br>HG01141-HG01185 |
| 24. | 190465799-01 | GR0508-GR0561 |
| 25. | 174383688-01 | GR0562-GR0627<br>HG00903B-HG00961<br>HG01571-HG01636 |
| 26. | 257745051-01 | GR0628-GR0630 |
| 27. | 165321467-02 | GR0631-GR0664<br>HG01186-HG01229 |
| 28. | 175340299-01 | GR0665-GR0697<br>HG00962-HG01009 |
| 29. | 210386465-01 | GR0698-GR0711 |
| 30. | 184544042-01 | GR0712-GR0729<br>HG01637-HG01660 |
| 31. | 200488309-02 | GR0730-GR0731 |
| 32. | 203326672-02 | GR0748-GR0781 |
| 33. | 524669572-01 | GR0782-GR0800 |

| | | |
|---|---|---|
| 34. | 190469444-01 | |
| 35. | 190469444-01 | GR0732-GR0747 |
| 36. | 143762596-02 | GR0801-GR0868<br>HG01661-HG01675 |
| 37. | 143762596-01 | GR0869-GR0958<br>HG091230-HG01292<br>HG01676-HG01701 |
| 38. | 157441227-01 | |
| 39. | 188667050-01 | GR0959-GR0978 |
| 40. | 192566164-01 | GR0979-GR0991<br>HG01702-HG01737 |
| 41. | 157323768-01 | GR0992-GR1042<br>HG01293-HG01356 |
| 42. | 061480804-02 | GR1043-GR1057<br>HG01010-HG01030 |
| 43. | 074528461-01 | GR1058-GR1075 |
| 44. | 358441713-01 | |
| 45. | 192600135-01 | |
| 46. | 165320903-02 | GR1076-GR1115<br>HG01738-HG01793 |
| 47. | 190487144-01 | GR1116-GR1221 |
| 48. | 555330686-02 | HG01794-HG01902 |
| 49. | 555330686-03 | GR1241-GR1313<br>HG01903-HG01921 |
| 50. | 555330686-03 | GR1241-GR1313<br>HG01922-HG01968 |

| | | |
|---|---|---|
| 51. | 178405368-01 | GR1375-GR1376<br>HG01031-HG01035<br>HG01357-HG01359 |
| 52. | 206708780-01 | GR1336-GR1374 |
| 53. | 197366404-01 | GR1314-GR1335 |
| 54. | 186581013-03 | GR1377-GR1399<br>HG01969-HG01982 |
| 55. | 186581013-05 | |
| 56. | 186581013-02 | GR1400-GR1503<br>HG01983-HG01994 |

B.    <u>Patient Routing Sheets</u> (listed by patient number)

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| 57. | 180322329-02 |
| 58. | 484768869-04 |
| 59. | 484768869-04 |
| 60. | 484768869-04 |
| 61. | 484768869-01 |
| 62. | 180522772-02 |
| 63. | 188669732-01 |
| 64. | 16654989-01 |
| 65. | 203326675-01 |
| 66. | 186480502 |
| 67. | 187349211-02 |
| 68. | 180382480-02 |
| 69. | 92428380-02 |

| | |
|---|---|
| 70. | 063547682-01 |
| 71. | 231197763-02 |
| 72. | 482503499 |
| 73. | 188401807-01 |
| 74. | 203528298-02 |
| 75. | 168427378-01 |
| 76. | 184367635-01 |
| 77. | 180421474-03 |
| 78. | 180421474-01 |
| 79. | 209649519 |
| 80. | 190465799-01 |
| 81. | 174383688-01 |
| 82. | 257745051-01 |
| 83. | 165321467-02 |
| 84. | 175340299-01 |
| 85. | 210386465-01 |
| 86. | 184544042-01 |
| 87. | 200488309-02 |
| 88. | 203326672-02 |
| 89. | 524669572-01 |
| 90. | 190469444-01 |
| 91. | 190469444-01 |
| 92. | 143762596-02 |

491605

| | |
|---|---|
| 93. | 143762596-01 |
| 94. | 157441227-01 |
| 95. | 188667050-01 |
| 96. | 192566164-01 |
| 97. | 157323768-01 |
| 98. | 061480804-02 |
| 99. | 074528461-01 |
| 100. | 358441713-01 |
| 101. | 192600135-01 |
| 102. | 165320903-02 |
| 103. | 190487144-01 |
| 104. | 555330686-02 |
| 105. | 555330686-03 |
| 106. | 555330686-03 |
| 107. | 178405368-01 |
| 108. | 206708780-01 |
| 109. | 197366404-01 |
| 110. | 186581013-03 |
| 111. | 186581013-05 |
| 112. | 186581013-02 |

C.      Greenfield Accounts Receivable Reports

113.    One A/R report dated 11/30/02 (services rendered to Katherine Atkins, Nancy Atkins, Charlotte Houck, Inez Montoya, and Gregory Weitzel)

114.    A second A/R report dated 11/30/02 (services rendered to John Atkins, Johnathan Atkins, Katherine Atkins, Nancy Atkins, Darlen Burkholder, Vivian Colatta, Marci Crossland, Yvette DePaso, Lynne Geib, Greg Hossler, Charlotte Houck, Marvin Kelley, Diane Lewis, Joseph Metallo, Wendy Metallo, James Rhoads, Charlotte Schaffer, Kathleen Sheldon, Louis P. Sheldon, Phillip Sheldon, Lawrence Welsh)

115.    Remittance advices from HealthGuard related to the foregoing A/R reports.


D.      Other

116.    Neurometer CPT (www.neurotron.com), Frequently Asked Questions,

117.    Global Medical Diagnostics, LLC (www.globalmedicalx.com), Musculoskeltal/Spinal Ultrasound

118.    NeuMed (www.newmedinc.com), NervePace 200-VS

119.    Letters from HealthGuard to Greenfield dated November 20, 2000, and February 14 and 15, 2001

120.    Raab Deposition Exhibits 1-18, including Greenfield corporate records

**VII.    Estimated Number of Days for Trial**

        Seven (7) trial days.

**VIII.   Special Comments Regarding Legal Issues, Stipulations, Amendment of Pleadings and Other Matters**

        Defendants filed a joint motion for summary judgment on October 8, 2003. HealthGuard

will file a response. The motion for summary judgment focuses on the elements of

HealthGuard's RICO claims.

        Defendants plan to file a joint motion or motions in limine regarding the exclusion of

evidence related to damages within seven days.

It is anticipated that counsel will enter into a stipulation concerning the authenticity and admissibility of the listed trial exhibits.

JOHN W. MORRIS, Attorney at Law.

John W. Morris / RPL

John W. Morris, Esq.
1525 Locust Street, 17th Floor
Philadelphia, PA 19102
215-772-2290

Attorney for Defendants Mark Tischler, Greenfield Sports Medicine & Rehab, P.C., and Premier Sports Medicine & Rehab, P.C.

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Richard P Limburg

Lawrence J. Tabas, Esquire
Richard P. Limburg, Esquire
One Penn Center – 19th floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
215-665-3000

Attorneys for Defendants

Dated: October 24, 2003

## CERTIFICATE OF SERVICE

I, Richard P. Limburg, Esquire, hereby certify that on October 24, 2003, I caused

Defendants' Joint Pretrial Statement to be served via first class mail, postage prepaid, upon the

following:

Robert M. Frankhouser, Esquire
Hartman Underhill & Brubaker LLP
221 E. Chestnut Street
Lancaster, PA 17602


John W. Morris, Esquire
1525 Locust Street, 17th floor
Philadelphia, PA 19102


RICHARD P. LIMBURG

400773