IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHGUARD OF LANCASTER, INC., <br><br> Plaintiff <br><br> v. <br><br> MARK GARTENBERG; STEVEN GARTENBERG; MARK TISCHLER; GREENFIELD SPORTS MEDICINE & REHAB, P.C.; PREMIER SPORTS MEDICINE & REHAB CENTER, P.C.; and MAIN LINE MEDICAL SERVICES, INC., <br><br> Defendants. | CIVIL ACTION NO. 02-2611 |

## CERTIFICATE OF SERVICE

I, Jacquelyn A. Hannigan, certify that I caused a true and correct copy of **Defendants' Motion in Limine to Limit Plaintiff's Damages Testimony at Trial** to be served via fax and First-Class Mail, postage prepaid on October 30, 2003, upon the following:

> Robert M. Frankhouser, Esquire
> Hartman Underhill & Brubaker LLP
> 221 E. Chestnut Street
> Lancaster, PA 17602
>
> Fax: 717-299-3160

BY: _____
JOHN W. MORRIS

Date:  October 30, 2003