UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHGUARD OF LANCASTER, INC.<br>Plaintiff<br><br>vs.<br><br>MARK GARTENBERG; STEVEN GARTENBERG; MARK TISCHLER; GREENFIELD SPORTS MEDICINE & REHAB, P.C.; PREMIER SPORTS MEDICINE & REHAB CENTER, P.C.; and MAIN LINE MEDICAL SERVICES, INC.<br>Defendants | NO. 02-CV-2611<br>(Michael M. Baylson, J.) |

## **DEFENDANTS' VOIR DIRE QUESTIONS**

Defendants respectfully submit the attached questions for voir dire of potential jurors, in accordance with the Court's Scheduling Order and Trial Procedure dated September 13, 2002. Defendants reserve the right to submit supplemental voir dire questions.

JOHN W. MORRIS, Attorney at Law

OBERMAYER REBMANN MAXWELL
& HIPPEL LLP

John W. Morris, Esq.
1525 Locust Street, 17th Floor
Philadelphia, PA  19102
215-772-2290

Attorney for Defendants Mark Tischler,
Greenfield Sports Medicine & Rehab, P.C.,
and Premier Sports Medicine & Rehab, P.C.

Lawrence J. Tabas, Esquire
Richard P. Limburg, Esquire
One Penn Center – 19th floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103
215-665-3000

Attorneys for Defendants Steve Gartenberg,
Mark Gartenberg, and Main Line Medical
Services, Inc.

Dated:  October 30, 2003

492749

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHGUARD OF LANCASTER, INC.<br>Plaintiff<br><br>vs.<br><br>MARK GARTENBERG; STEVEN GARTENBERG; MARK TISCHLER; GREENFIELD SPORTS MEDICINE & REHAB, P.C.; PREMIER SPORTS MEDICINE & REHAB CENTER, P.C.; and MAIN LINE MEDICAL SERVICES, INC.<br>Defendants | NO. 02-CV-2611<br>(Michael M. Baylson, J.) |

### **DEFENDANTS' VOIR DIRE QUESTIONS**

1(a)   Are any of you insured by HealthGuard of Lancaster?

1(b)   Is your spouse or any member of your family insured by HealthGuard of Lancaster?

1(c)   Do you, or does any member of your family, work for HealthGuard of Lancaster?

2(a)   Do any of you know the defendants in this case:

      Mark Tischler

      Greenfield Sports Medicine & Rehab, P.C.

      Premier Sports Medicine & Rehab Center, P.C.

      Steve Gartenberg

      Mark Gartenberg

2(b)   How do you know them?

3(a)   Do any of you have any prejudices against chiropractors or physicians?

      3(b)    Is there some reason why you think a physician or a chiropractor would be less credible than a health insurer?

      3(c)    Why do you feel this way?

      4(a)    Have any of you ever worked for a health insurer or any other kind of insurer?

      4(b)    What kind of work did (does) your job involve?

      5(a)    Have any of you ever worked for a health care provider such as a hospital, a doctor's office, a sports medicine clinic, or a rehab center?

      5(b)    Does your spouse or any member of your family work for a health care provider such as a hospital, a doctor's office, a sports medicine clinic, or a rehab center?

      5(c)    What kind of work did (does) your job involve?