DATE OF NOTICE: October 31, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHGUARD OF LANCASTER, INC. | : | CIVIL ACTION |
| V. | : | |
| MARK GARTENBERG, et al. | : | NO. 02-cv-2611 |

**NOTICE**

This case will be listed in the Court's trial pool for January 12, 2004.

BY THE COURT:

_____
Lynn Meyer, Deputy Clerk for
Michael M. Baylson, U.S.D.J.

cc    Andrew Lucarelli, Esq. (fax)
       Robert Frankhouser, Esq. (fax)
       John Morris, Esq. (mail)
       Dorothy Claeys, Esq. (fax)
       Richard Limburg, Esq. (fax)
       Lawrence Tabas, Esq. (fax)

O:\Notices - Trial Pool\Heathguard v. Gartenberg 02-2611 - trial pool notice.wpd