DATE OF NOTICE: January 7, 2004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHGUARD OF LANCASTER, INC. | : | CIVIL ACTION |
| V. | : | |
| MARK GARTENBERG, et al. | : | NO. 02-cv-2611 |

### AMENDED NOTICE

This case will be listed in the Court's trial pool for January 26, 2004.

BY THE COURT:

_____
Lynn Meyer, Deputy Clerk for
Michael M. Baylson, U.S.D.J.

cc    Andrew Lucarelli, Esq. (fax)
      Robert Frankhouser, Esq. (fax)
      John Morris, Esq. (mail)
      Dorothy Claeys, Esq. (fax)
      Richard Limburg, Esq. (fax)
      Lawrence Tabas, Esq. (fax)

O:\Notices - Trial Pool\Heathguard v. Gartenberg 02-2611 - amended trial pool notice.wpd